■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM T. LAUGHING, Appellant. (Appeal No. 2.) [732 NYS2d 618] —Judgment unanimously affirmed. Same Memorandum as *People v Laughing* (288 AD2d 885 [decided herewith]). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Marihuana, 4th Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Gorski and Lawton, JJ.